# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** North Adams, MA  **Category No.** II  **Investigating Agency** FBI

**City** North Adams
**County** Berkshire

**Related Case Information:**
Superseding Ind./ Inf. N/A   Case No. ___
Same Defendant N/A   New Defendant ___
Magistrate Judge Case Number N/A
Search Warrant Case Number N/A
R 20/R 40 from District of N/A

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___  ☐ Yes ☑ No

Defendant Name: Urvishkumar Vipulkumar PATEL   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:
Address:

Birth date (Yr only): 2002   SSN (last 4#): ___   Sex: M   Race: ___   Nationality: Indian

**Defense Counsel if known:** ___   Address: ___
Bar Number: ___

**U.S. Attorney Information**
AUSA: Kaitlin Brown   Bar Number if applicable: 694636

Interpreter: ☐ Yes ☑ No   List language and/or dialect: ___

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** In custody
**Arrest Date:** October 7, 2024

☑ Already in Federal Custody as of October 7, 2024 in ___.
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ___ on ___

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/7/2024   Signature of AUSA: *Kaitlin J. Brown*

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Urvishkumar Vipulkumar PATEL

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013